IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

DANNY LORENZO ANTHONY,                              *

                Petitioner,                          *

v.                                                  Case No.  4:20-cv-151 (CDL)

                                    *

Warden SHAY HATCHER,

                Respondent.                          *

_____                *

**J U D G M E N T**

    Pursuant to this Court's Order dated July 28, 2021, having accepted the recommendation of the

United States Magistrate Judge, in its entirety, JUDGMENT is hereby entered dismissing this action.

    This 28th day of July 2021.

                              David W. Bunt, Clerk


                              s/ Timothy L. Frost, Deputy Clerk